IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LATOYA LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:17-CV-810-WKW |
| | ) | [WO] |
| AUBURN HOUSING AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On January 16, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 24.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 24) is ADOPTED;

(2) Plaintiff Latoya Love's Motion for Preliminary Injunction (Doc. # 4) is GRANTED; and

(3) Defendant Auburn Housing Authority is ORDERED to continue providing Plaintiff with Section 8 housing benefits throughout the pendency of this litigation.

DONE this 13th day of February, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE